# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2020

## NO. 03-20-00183-CR

**Kayla Marie Clubb, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

This is an appeal from the order modifying community supervision entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.